ROBERT CORN-REVERE (*pro hac vice*)
   bobcornrevere@dwt.com
RONALD G. LONDON (*pro hac vice*)
   ronnielondon@dwt.com
LISA B. ZYCHERMAN (*pro hac vice*)
   lisazycherman@dwt.com
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, NW, Ste. 800
Washington, DC 20006
Telephone: (202) 973-4200

ROCHELLE L. WILCOX (State Bar No. 197790)
   rochellewilcox@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, California 90017
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Plaintiff Nicolas Tomas

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| NICOLAS TOMAS,<br><br>        Plaintiff,<br><br>vs.<br><br>SORAYA M. COLEY, BYRON E. HOWLETT, JR., LA'KEISHA GILFORD-BEARD, and RENEE MARIE FOISY,<br><br>        Defendants. | Case No. 2:15-cv-2355<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>**[FED. R. CIV. P. 41(a)(1)(A)(ii)]**<br><br>Complaint Served:   April 15, 2015 |

1

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Nicolas Tomas, by his undersigned counsel, and Defendants Soraya M. Coley, Byron E. Howlett, Jr., La'keisha Gilford-Beard, and Renee Marie Foisy, by their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby agree and stipulate to the dismissal of this action in its entirety with prejudice as to all defendants, with each party to bear her/its own attorneys' fees and costs.

Dated: August 14, 2015            DAVIS WRIGHT TREMAINE LLP


                                         /s/ Ronald G. London
                                  By: Ronald G. London
                                  Attorneys for Plaintiff Nicolas Tomas

Dated: August 14, 2015            CALIFORNIA STATE UNIVERSITY
                                  OFFICE OF GENERAL COUNSEL



                                         /s/ Andrea Gunn Eaton
                                  By: Andrea Gunn Eaton
                                  Attorneys for Defendants

2
JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899