ROBERT CORN-REVERE (*pro hac vice*)
   bobcornrevere@dwt.com
RONALD G. LONDON (*pro hac vice*)
   ronnielondon@dwt.com
LISA B. ZYCHERMAN (*pro hac vice*)
   lisazycherman@dwt.com
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, NW, Ste. 800
Washington, DC 20006
Telephone: (202) 973-4200

ROCHELLE L. WILCOX (State Bar No. 197790)
   rochellewilcox@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, California 90017
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Plaintiff Nicolas Tomas

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| NICOLAS TOMAS, | Case No. 2:15-cv-2355 |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| SORAYA M. COLEY, BYRON E. HOWLETT, JR., LA'KEISHA GILFORD-BEARD, and RENEE MARIE FOISY, | |
| Defendants. | |

    Based on the parties' joint submission on August 14, 2015, of a Stipulation for Dismissal to the Court, it is hereby ORDERED that:

1     (1) The instant matter is dismissed with prejudice, and the parties will bear their own respective costs, including attorney fees and other litigation expenses.

.

IT IS SO ORDERED.

Dated this \_\_\_\_ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING STIPULATION
FOR DISMISSAL WITH PREJUDICE